1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  JAMIE K. COMBS, ESQ.
   Nevada Bar No. 13088
4  AKERMAN LLP
   1635 Village Center Circle, Suite 200
5  Las Vegas, NV 89134
   Telephone: (702) 634-5000
6  Facsimile: (702) 380-8572
   Email: darren.brenner@akerman.com
7  Email: natalie.winslow@akerman.com
   Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-82,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; TIMOTHY HANSON, DOE INDIVIDUALS I-X inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00137-GMN-VCF<br><br>**STIPULATION AND ORDER FOR SECURITY OF COSTS** |

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82 (**BoNYM**), and SFR Investments Pool 1, LLC (**SFR**), hereby stipulate and agree as follows:

1. Pursuant to NRS 18.130(1), SFR's Demand for Security of Costs Pursuant to NRS 18.130(1) filed by SFR on March 7, 2019 [Dkt. No. 7], is granted.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2. BoNYM shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to SFR within seven (7) days of the entry of this order.

DATED this _20th_ day of March, 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ Jamie K. Combs<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82* | /s/ Diana S. Ebron<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:19-cv-00137-GMN-VCF

March 25, 2019
DATED: _____

In the event that the cost bond is presented for deposit, the CLERK OF COURT is directed to accept the deposit of $500.00 under NRS 18.130 as security for costs and charges that may be awarded against the plaintiff. The plaintiff must bring a copy of this order to the Clerk's office when making this deposit.

IT IS FURTHER ORDERED that this case is stayed by operation of NRS 18.130(1) until the $500 cost bond is deposited.

IT IS FURTHER ORDERED that the Motion for Demand of Security of Costs (ECF No. 7) is DENIED as MOOT.